MARIO SALGADO, Esq.
SALGADO & PERALTA PA
605 Market Street, Ste 1111
San Francisco, CA 94105
415-401-8699
salgadoimmigrationlaw@gmail.com

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MIGUEL ANTONIO CINTO MEJIA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services, *et al,*<br><br>　　　　Defendant | Case No.: 4:25-cv-04546 KAW<br><br><br>PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL AS MOOT, PURSUANT TO FED. R. CIV.P. 41(A)(2); ORDER |

　　　Plaintiff respectfully moves this Court for an order voluntarily dismissing this action as moot pursuant to Federal Rule of Civil Procedure 41(a)(2).

　　　In support of this Motion, Plaintiff states as follows:

　　　1) Plaintiff filed this action seeking relief regarding the adjudication of Plaintiff's Form I-360 petition by U.S. Citizenship and Immigration Services ("USCIS").

　　　2) After this action was initiated, USCIS issued a Request for Evidence ("RFE"). Plaintiff timely responded to the RFE.

　　　3) Following the submission of Plaintiff's RFE response, USCIS **approved** Plaintiff's Form I-360 petition.

　　　4) Because USCIS has now taken the action that Plaintiff sought through this litigation, there is no longer a live case or controversy. The issues presented in the Complaint are therefore **moot**.

　　　5) Defendants will not be prejudiced by voluntary dismissal of this action.

　　　WHEREFORE, Plaintiff respectfully requests that the Court dismiss this action **without prejudice** as moot.

//

PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL AS MOOT, PURSUANT TO FED. R. CIV.P. 41(A)(2); ORDER
1

1 | Dated: December 17, 2025

Respectfully submitted,

Mario Salgado

28 | PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL AS MOOT, PURSUANT TO FED. R. CIV.P. 41(A)(2); ORDER

2

**ORDER**

Upon consideration of Plaintiff's Motion for Voluntary Dismissal as Moot, and good cause appearing, the Court hereby DISMISSES this action WITHOUT PREJUDICE on the ground that the issues presented have become moot following USCIS's approval of Plaintiff's Form I-360 petition.

IT IS SO ORDERED.

DATED:  December 23, 2025

_____
Kandis A. Westmore
United States Magistrate Judge